# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Christopher Smith,
    Petitioner

    v.                                       Case No. 1:10-cv-841

Warden, Lebanon Correctional Institution,
    Respondent

## JUDGMENT

    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**. Petitioner's objections to the Report and Recommendation are **OVERRULED**. Petitioner's petition for writ of habeas corpus is **DISMISSED** with prejudice. The Supplemental Report and Recommendation and petitioner's objections thereto are **MOOT.**

    A certificate of appealability will not issue. The Court denies petitioner leave to appeal in forma pauperis.

Date: February 15, 2012         James Bonini, Clerk

                                      By: s/Mary C. Brown
                                      Mary C. Brown, Deputy Clerk